IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN LONGMIRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, HOWARD JORDAN,<br>SEAN WHENT and DOES 1-50 inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 10-01465 JSW<br><br>**ORDER VACATING HEARING<br>ON MOTION TO DISMISS** |

　　　　Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, June 25, 2010 at 9:00 a.m., is appropriate for decision without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

　　**IT IS SO ORDERED.**

Dated: June 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE