IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERWIN LONGMIRE,

    Plaintiff,

v.

CITY OF OAKLAND, HOWARD JORDAN, SEAN WHENT and DOES 1-50 inclusive,

    Defendants.

No. C 10-01465 JSW

**ORDER SETTING SECOND BRIEFING SCHEDULE**

    This matter is set for a hearing on October 15, 2010 on Defendants' motion to dismiss Plaintiff's first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 25, 2010 and a reply brief shall be filed by no later than September 1, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 11, 2010

*[signature]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE