John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
DERWIN LONGMIRE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN LONGMIRE, | Case No.: C10-01465 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE FOR MEDIATION** |
| vs. | |
| CITY OF OAKLAND, HOWARD JORDAN, SEAN WHENT, and DOES 1-50, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel for all parties in the above-referenced action:

WHEREAS, the deadline to conduct mediation has been scheduled to occur no later than July 1, 2011; and

WHEREAS, the parties have not yet completed non-expert discovery and the deadline is September 16, 2011 and the deadline for expert disclosure is August 12, 2011; and

WHEREAS H. Jay Folberg has been selected from the panel as the mediator in this matter; and

WHEREAS, there are schedule conflicts among counsel, including pre-paid vacations; and

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE

WHEREAS trial is set for February 27, 2012 providing ample time to conduct mediation in this matter;

WHEREAS, Counsel for all parties hereby request the Court order the ADR deadline currently scheduled for July 1, 2011 to be extended until September 15, 2011.

All other deadlines shall remain in place.

Dated: June 10, 2011                                **SCOTT LAW FIRM**

                                                    By: /s/ John H. Scott
                                                        John Houston Scott
                                                        Attorney for Plaintiff

Dated: June 10, 2011                                **LAW OFFICES OF JOHN L. BURRIS**

                                                    By: /s/
                                                        JOHN L. BURRIS

                                                    **FOSTER EMPLOYMENT LAW**

Dated: June 10, 2011

                                                    By: /s/
                                                        MADELYN G. JORDAN-DAVIS

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the ADR deadline to conduct mediation in this matter has been extended to September 15, 2011.

DATE:  June 15, 2011

                                                    _____
                                                    HONORABLE JEFFREY S. WHITE
                                                    United States District Court Judge