1   MICHAEL W. FOSTER (State Bar No. 127691)
    mfoster@fosteremploymentlaw.com
2   MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
    mjd@fosteremploymentlaw.com
3   C. CHRISTINE MALONEY (State Bar No. 226575)
    cmaloney@fosteremploymentlaw.com
4   FOSTER EMPLOYMENT LAW
5   3000 Lakeshore Avenue
    Oakland, California  94610
6   Telephone: (510) 763-1900
    Facsimile: (510) 763-5952
7

8   BARBARA PARKER, City Attorney (State Bar No. 069722)
    RANDOLPH W. HALL, Chief Assistant City Attorney (State Bar No. 080142)
9   VICKI A. LADEN, Supervising Deputy City Attorney (State Bar No. 130147)
    CHRISTOPHER KEE, Deputy City Attorney (State Bar No. 157758)
10  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California  94612
11  Telephone: (510) 238-7686
    Facsimile: (510) 238-6500
12

13  Attorneys for Defendants,
    CITY OF OAKLAND, HOWARD JORDAN
14  and SEAN WHENT

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCSICO DIVISION

18

19  DERWIN LONGMIRE,                          )   Case No. C 10-01465 JSW
                                              )
20              Plaintiff,                    )   (42 U.S.C. §§ 1981 and  1983)
         vs.                                  )
21                                            )   **DECLARATION OF WENDELL "PETE"**
    CITY OF OAKLAND, HOWARD                   )   **FRANCE IN SUPPORT OF**
22  JORDAN, SEAN WHENT, and DOES 1-           )   **DEFENDANTS' MOTION FOR**
    50, inclusive,                            )   **SUMMARY JUDGMENT OR, IN THE**
23                                            )   **ALTERNATIVE, PARTIAL SUMMARY**
                                              )   **JUDGMENT**
24              Defendant.                    )
                                              )
25                                            )   **Date: December 9, 2011**
                                              )   **Time: 9:00 a.m.**
26                                            )   **Dept: Courtroom 11, 19th Floor**
                                              )   **Judge: Hon. Jeffrey S. White**
27                                            )
                                              )   Date Action Filed:  April 7, 2010
28                                            )   Trial Date: February 27, 2012
                                              )

DECLARATION OF WENDELL "PETE" FRANCE IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

FOSTERRemploymentlaw
3000 Lakeshore Avenue
Oakland, California  94610

FOSTERemploymentlaw
3000 Lakeshore Avenue
Oakland, California 94610

1    I, Wendell M. France, declare as follows:

2        1.      I am a former police commander who worked for the Baltimore Police Department

3    for 27 years. I am African-American. Prior to retiring from the force, I worked as a homicide

4    commander for seven years. I also worked 10 years as a consultant for the United States Department

5    of Justice. In addition, I have worked as a consultant for several law enforcement agencies

6    throughout the United States including but not limited to Los Angeles, Bakersfield and Washington

7    D.C. I have personal knowledge of the following facts and am competent to testify about them.

8        2.      While working at the DOJ, I developed relationships with several of the individuals

9    who were later assigned to work in the City of Oakland as independent monitors. The monitors were

10   put in place to observe the efforts of the department to implement the Negotiated Settlement

11   Agreement reached by the parties in the matter of *Delphine Allen v. City of Oakland*, et al. Those

12   familiar with the agreement commonly refer to it as the NSA. In or around 2003, I was hired to

13   work as a consultant for the OPD in an effort to bring the internal affairs division into compliance

14   with various terms of the NSA.

15       3.      In late 2008 or early 2009, I was separately contacted by the City of Oakland to

16   complete an administrative investigation of potential police officer misconduct for the Oakland

17   Police Department ("OPD") involving Sgt. Derwin Longmire and others. Prior to accepting this

18   assignment, I had not performed any similar function for the department. Moreover, I had no

19   personal knowledge or relationship with Sgt. Longmire. It was my understanding that I was to

20   provide OPD with an objective third party assessment of the facts.

21       4.      My first step was to become familiar with the investigation conducted by OPD's

22   Internal Affairs Division. As part of developing the case, I traveled to California and met with

23   Sergeant Robert Chan who had been conducting the investigation for the department. I did not meet

24   or discuss my investigation with Assistant Chief Howard Jordan or Lieutenant Sean Whent. Other

25   than coordinating witness interviews, OPD was very hands off during my investigation. I made a list

26   of those persons I wanted to interview based upon my document and evidence review. After

27   reading the information gathered from OPD, I did cursory follow up interviews with Officer Jesse

28

1

**DECLARATION OF WENDELL "PETE" FRANCE IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

1 Grant, former Deputy Chief Jeff Loman, Sgt. Lou Cruz, and Sgt. Dana Flynn.

2      5. At or around the same time, I met with individuals from the DOJ who had been asked to

3 conduct a separate probe into the allegations of misconduct. We discussed our respective roles and,

4 based on logistics, agreed that I would review the interviews prepared by Chan and the DOJ before

5 making my separate and independent assessment of the evidence.

6      6.     I was never given any instruction by anyone at OPD on the outcome of the

7 investigation.[1] The findings were my own. Although I reviewed witness interviews taken by the

8 DOJ, I did not read their report or their findings following their investigation. I applied a

9 preponderance of the evidence standard. Based on that standard, I sustained four allegations:

10 Retaliation, Compromising Criminal Case, Insubordination and Performance of Duty.[2] 7. I found

11 that the investigation into the killing of Chauncey Bailey was poorly handled by Longmire. I also

12 found that significant evidence that suggested that others (Yusef Bey IV and Antoine Mackey) were

13 involved in the planning and /or execution of the Bailey homicide had been overlooked or

14 intentionally ignored by Longmire. I was also of the opinion that the interview and interrogation

15 methods utilized in the case were highly suspect and detrimental to receiving a confession without

16 coercion.

17      8.     I did not conclude that Longmire was a "Black Muslim" or a member of "Your Black

18 Muslim Bakery" during my investigation. For the reasons outlined above, I concluded that

19 Longmire poorly handled the homicide investigation and it was my feeling that he did so in part

20 because of a personal relationship with Yusef Bey IV.

21

22

23

24 [1] My report is prepared in the format of the OPD internal affairs department because I was hired to complete OPD's internal affairs investigation. In addition, I believe that I developed the format of the report based on my earlier work as a consultant for the department.

25 [2] I did not offer findings on the allegations particular to Officer Grant's case, because it was

26 my belief that concerns earlier raised to Captain Loman had been waived based on the applicable

27 statute of limitations.

28

DECLARATION OF WENDELL "PETE" FRANCE IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

FOSTERemploymentlaw
3000 Lakeshore Avenue
Oakland, California 94610

1    I declare under penalty of perjury under the laws of the State of California and the United

2    States of America that the foregoing is true and correct.

3    Executed this 10th of August 2011, at Baltimore, Maryland

4

5                                                                         WENDELL M. FRANCE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOSTERemploymentlaw
3000 Lakeshore Avenue
Oakland, California 94610

3
**DECLARATION OF WENDELL "PETE" FRANCE IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**