MICHAEL W. FOSTER (State Bar No. 127691)
mfoster@fosteremploymentlaw.com
MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
mjd@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

JOHN A. RUSSO, City Attorney (State Bar No. 129729)
RANDOLPH W. HALL, Chief Assistant City Attorney (State Bar No. 080142)
VICKI A. LADEN, Supervising Trial Attorney (State Bar No. 130147)
CHRISTOPHER KEE, Deputy City Attorney (State Bar No. 157758)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-7686
Facsimile: (510) 238-6500
X03508/692822

Attorneys for Defendants,
CITY OF OAKLAND, HOWARD JORDAN
and SEAN WHENT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERWIN LONGMIRE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND, HOWARD JORDAN, SEAN WHENT, and DOES 1-50, inclusive, <br><br> Defendant. | Case No. C 10-01465 JSW <br><br> (42 U.S.C. §§ 1981 and 1983) <br><br> Date Action Filed: April 7, 2010 <br><br> **STIPULATION TO CONTINUE EXPERT DISCOVERY; CONTINUANCE OF EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINES AND ORDER THEREON** |

1. Defendants CITY OF OAKLAND, HOWARD JORDAN AND SEAN WHENT ("Defendants") and Plaintiff DERWIN LONGMIRE ("Plaintiff") (hereinafter referred to collectively as "the parties") hereby stipulate and jointly request an order extending the currently set expert discovery dates by approximately one month, such that the currently set expert disclosure date of August 12, 2011 would be moved to September 16, 2011, and the currently set last day for expert discovery of August 23, 2011 would be moved to September 27, 2011.

2. This would allow the parties to potentially settle the case at the September 14, 2011 settlement conference without incurring the expense of experts. Accordingly, in the interest of justice, and for good cause, the parties request the expert disclosure date be moved to September 16, 2011 and the last day for expert discovery be moved to September 27, 2011.

IT IS SO STIPULATED.

Dated: September 2, 2011         FOSTER EMPLOYMENT LAW

                                 /s/ Michael W. Foster
                                 Michael W. Foster
                                 Attorneys for Defendants
                                 CITY OF OAKLAND, HOWARD JORDAN
                                 AND SEAN WHENT

Dated: August 23, 2011           SCOTT LAW FIRM

                                 /s/ John Scott
                                 JOHN SCOTT
                                 Attorney for Plaintiff
                                 DERWIN LONGMIRE

Dated: September 2, 2011         LAW OFFICE OF JOHN L. BURRIS

                                 /s/ John L. Burris
                                 JOHN L. BURRIS
                                 Attorney for Plaintiff
                                 DERWIN LONGMIRE

2
STIPULATION TO CONTINUE EXPERT DISCOVERY; CONTINUANCE OF EXPERT
DISCLOSURE AND EXPERT DISCOVERY DEADLINES

**[PROPOSED] ORDER**

Having read and considered the Stipulation continuing the trial date and corresponding deadlines in this action, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the currently set expert disclosure date of August 12, 2011 is moved to September 16, 2011, and the currently set last day for expert discovery of August 23, 2011 is moved to September 27, 2011.

DATED: September 2, 2011

_____
UNITED STATES DISTRICT JUDGE