MICHAEL W. FOSTER (State Bar No. 127691)
mfoster@fosteremploymentlaw.com
MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
mjd@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

BARBARA PARKER, City Attorney (State Bar No. 069722)
RANDOLPH W. HALL, Chief Assistant City Attorney (State Bar No. 080142)
VICKI A. LADEN, Supervising Deputy City Attorney (State Bar No. 130147)
CHRISTOPHER KEE, Deputy City Attorney (State Bar No. 157758)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-7686
Facsimile: (510) 238-6500
X03508/692822

Attorneys for Defendants,
CITY OF OAKLAND, HOWARD JORDAN
and SEAN WHENT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN LONGMIRE,<br><br>Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, HOWARD JORDAN, SEAN WHENT, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. C 10-01465 JSW<br><br>(42 U.S.C. §§ 1981 and 1983)<br><br>Date Action Filed: April 7, 2010<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINES AS MODIFIED** |

1

STIPULATION EXTENDING DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING EXPERT DISCOVERY DEADLINES

1  IT IS HEREBY STIPULATED by and between counsel for all parties in the above-
2 referenced action:
3  WHEREAS, the trial date in this matter is scheduled for February 27, 2012 and the hearing
4 on defendant's motion for summary judgment is scheduled for December 9, 2011;
5  WHEREAS, counsel for all parties require a short extension of time to comply with current
6 case deadlines based on competing case obligations in other matters;
7  WHEREAS, counsel for all parties hereby stipulate and jointly request the Court to extend
8 the deadline for plaintiff to file his opposition to defendant's motion for summary judgment by five
9 days from September 16, 2011 to September 21, 2011 and to extend the deadline for defendant to
10 reply to October 12, 2011; and
11  WHEREAS, the parties hereby stipulate and jointly request an order extending the currently
12 set expert discovery dates, such that the currently set expert disclosure date of September 16, 2011
13 would be moved to September 21, 2011, and the currently set last day for expert discovery of
14 September 27, 2011would be moved to October 7, 2011.
15  All other deadlines shall remain in place.

Dated: September 16, 2011           FOSTER EMPLOYMENT LAW

                                    _____/s/ Madelyn Jordan-Davis_____
                                    Madelyn G. Jordan-Davis
                                    Attorneys for Defendants


Dated: September 16, 2011           SCOTT LAW FIRM

                                    _____/s/ John Scott_____
                                    John Scott
                                    Attorney for Plaintiff


Dated: September 16, 2011           LAW OFFICE OF JOHN L. BURRIS

                                    _____/s/ John L. Burris_____
                                    John L. Burris
                                    Attorney for Plaintiff

2
STIPULATION EXTENDING DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING EXPERT
DISCOVERY DEADLINES

FOSTER employmentlaw
3000 Lakeshore Avenue
Oakland, California 94610

**[~~PROPOSED~~] ORDER**

Having read and considered the Stipulation continuing the trial date and corresponding deadlines in this action, and ~~GOOD~~ NO CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the deadline to file plaintiff's opposition to defendant's motion for summary judgment in this matter has been extended to ~~September 21~~ September 19, 2011. The deadline to file defendant's reply has been extended to October ~~12~~ 11, 2011. IT IS FURTHER ORDERED that expert disclosures are due on September 21, 2011, and the last day for expert discovery is moved to October 7, 2011.

In its last order granting the parties' second stipulation for an extension of time on briefing, the Court stated that there would no further extensions of time. This third request is filed on the due date of the opposition. Plaintiff shall have until September 19, 2011 to submit an opposition or it shall be struck.

DATED: September 16, 2011

_____
*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE