IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERWIN LONGMIRE,

    Plaintiff,

v.

CITY OF OAKLAND, HOWARD JORDAN, SEAN WHENT, and DOES 1-50, inclusive,

    Defendants.

No. C 10-01465 JSW

**JUDGMENT**

Pursuant to the Court's Order granting Defendants' motion for summary judgment, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 14, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE