FILED

DEC 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DERWIN LONGMIRE,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>CITY OF OAKLAND; et al.,<br><br>        Defendants - Appellees. | No. 11-17870<br><br>D.C. No. 3:10-cv-01465-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: HAWKINS, N.R. SMITH, and NGUYEN, Circuit Judges.

Submission of this case is vacated pending the California Court of Appeal's decision in *Longmire v. City of Oakland, et al.*, A137344. The parties are ordered to file a joint status report every 45 days or within 7 days of the state court's ruling, whichever is earlier.