UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DERWIN LONGMIRE,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CITY OF OAKLAND; et al.,<br><br>　　　　Defendants - Appellees. | No. 11-17870<br><br>D.C. No. 3:10-cv-01465-JSW<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

　　　　The judgment of this Court, entered August 21, 2014, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　Rebecca Lopez
　　　　　　　　　　　　　　　　　　　Deputy Clerk